

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-13-00511-CR

Timothy Paul **MURNANE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5755
Honorable Ray Olivarri, Judge Presiding

## O R D E R

On November 27, 2013, this court granted Appellant's motion to dismiss his appeal number 04-13-00512-CR, and issued a memorandum opinion that dismissed Appellant's appeal. The mandate issued on January 27, 2014, and was acknowledged by the trial court.

On February 5, 2014, this court granted Appellant's motion to dismiss his appeal number 04-13-00511-CR, and issued a memorandum opinion that dismissed Appellant's appeal.

On March 11, 2014, Appellant moved this court to issue its mandate in this appeal so he can return to TDCJ-ID to continue his college classes. *See* TEX. R. APP. P. 18.1(c). We find good cause to issue the mandate, and direct the clerk of this court to issue the mandate immediately. *See id.* Appellant has no other appeals pending before this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court